STATE of Minnesota, Plaintiff,

v.

Marshall Donald MURPHY, Defendant.

No. C1–82–271.

Supreme Court of Minnesota.

June 8, 1984.

Hubert H. Humphrey, III, Atty. Gen., St. Paul, Thomas L. Johnson, County Atty., Robert H. Lynn, Asst. County Atty., Minneapolis, for plaintiff.

Mark S. Wernick, Minneapolis, for defendant.

OPINION

PER CURIAM.

In *State v. Murphy*, 324 N.W.2d 340 (Minn.1982), we reversed the order of the Hennepin County District Court, which denied defendant's motion to suppress a confession to his probation agent. Pursuant to the mandate of the United States Supreme Court in *Minnesota v. Murphy*, — U.S. ——, 104 S.Ct. 1136, 79 L.Ed.2d 409 (1984), we hereby vacate the judgment and opinion of this court in *State v. Murphy*, 324 N.W.2d 340 (Minn.1982). The order of the district court is affirmed and the matter is remanded for further proceedings.

Affirmed.